# UNITED STATES DISTRICT COURT
for the
Middle District of Tennessee

| | |
|---|---|
| SANMEDICA INTERNATIONAL, LLC | ) |
| *Plaintiff* | ) ) ) |
| v. | ) Civil Action No. 3:17-0965 |
| LA NUTRITION, INCORPORATED et al. | ) ) ) |
| *Defendant* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Noelle Federico
29 Wilson Road
Fairfax, Vermont 05454-4409

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: John T. Winemiller
Merchant & Gould, P.C.
9717 Cogdill Road, Suite 101
Knoxville, TN 37932

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 06/22/2017

*Signature of Clerk or Deputy Clerk*

# UNITED STATES DISTRICT COURT
for the

Middle District of Tennessee

| | | |
|---|---|---|
| SANMEDICA INTERNATIONAL, LLC | ) | |
| *Plaintiff* | ) ) ) | |
| v. | ) | Civil Action No. 3:17-0965 |
| LA NUTRITION, INCORPORATED et al. | ) ) ) | |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Jeff Prescott
1616 Westgate Circle
Brentwood, Tennessee 37027

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   John T. Winemiller
Merchant & Gould, P.C.
9717 Cogdill Road, Suite 101
Knoxville, TN 37932

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____06/22/2017_____       _____
*Signature of Clerk or Deputy Clerk*

# UNITED STATES DISTRICT COURT
for the
Middle District of Tennessee

| | |
|---|---|
| SANMEDICA INTERNATIONAL, LLC <br><br> *Plaintiff* <br><br> v. <br><br> LA NUTRITION, INCORPORATED et al. <br><br> *Defendant* | ) ) ) ) ) Civil Action No. 3:17-0965 ) ) ) ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Prescott Ventures, LLC
1616 Westgate Circle
Brentwood, TN 37027
c/o Bryn & Associates, P.A.
2 South Biscayne Blvd, Suite 2680
Miami, FL 33131

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   John T. Winemiller
Merchant & Gould, P.C.
9717 Cogdill Road, Suite 101
Knoxville, TN 37932

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:   06/22/2017

*Signature of Clerk or Deputy Clerk*

# UNITED STATES DISTRICT COURT
для the

Middle District of Tennessee

| | | |
|---|---|---|
| SANMEDICA INTERNATIONAL, LLC | ) | |
| *Plaintiff* | ) ) ) | |
| v. | ) | Civil Action No. 3:17-0965 |
| LA NUTRITION, INCORPORATED et al. | ) ) ) | |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  LA Nutrition, Inc.
1945 Mallory Lane, Suite 130
Franklin, TN 37067-2867
c/o National Registered Agents, Inc.
800 S. Gay Street, Suite 2021
Knoxville, TN 37929-9710

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  John T. Winemiller
Merchant & Gould, P.C.
9717 Cogdill Road, Suite 101
Knoxville, TN 37932

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____06/22/2017_____      _____
*Signature of Clerk or Deputy Clerk*