# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| SANMEDICA INTERNATIONAL, LLC, a Utah Limited Liability Company,<br><br>    Plaintiff,<br><br>vs.<br><br>LA NUTRITION, INCORPORATED, PRESCOTT VENTURES, LLC, a Florida Limited Liability Company, JEFF PRESCOTT, an individual, NOELLE FEDERICO, an individual, and JOHN DOES 1-10.<br><br>    Defendants. | Civil No. 3:17-cv-00965<br><br>JURY TRIAL DEMANDED |

## SECOND MOTION FOR CONTINUATION OF SCHEDULING CONFERENCE

The plaintiff, SanMedica International, LLC ("SanMedica"), moves the Court to continue the scheduling conference set for November 2, 2017, by six weeks or more, to a date convenient to the Court. Good cause exists for the requested relief. The parties are in the final stages of settlement negotiations. It appears they have reached agreement on the key points of settlement, and they are exchanging settlement documents. Further, as the Court knows, the defendants have neither made appearances, nor answered the complaint, while the parties have pursued settlement. Given the near-resolution of this matter, SanMedica respectfully requests the Court postpone the conference by six weeks or more to preserve time and resources.

WHEREFORE, SanMedica respectfully moves the Court to enter an order continuing the November 2, 2017 scheduling conference to a date at least six weeks in the future.

Dated: November 2, 2017

    *s/ John T. Winemiller*
John T. Winemiller (021084)
R. Bradford Brittian (007130)
Merchant & Gould, P.C.
9717 Cogdill Road, Suite 101
Knoxville, TN 37932
Telephone: (865) 380-5960
Fax: (612) 332-9081
jwinemiller@merchangould.com
bbrittian@merchantgould.com

David R. Parkinson (8258)*
Jason M. Kerr (8222)*
Alan Dunaway (13514)*
PRICE PARKINSON & KERR, PLLC
5742 West Harold Gatty Drive, Suite 101
Salt Lake City, UT 84116
Telephone: (801) 530-2900
Fax: (801) 530-2932
davidparkinson@ppktrial.com
jasonkerr@ppktrial.com
alandunaway@ppktrial.com
*admitted pro hac vice

***Attorneys for SANMEDICA INTERNATIONAL, LLC***

# CERTIFICATE OF SERVICE

I hereby certify November 2, 2017, the foregoing document, ***SECOND MOTION FOR CONTINUATION OF SCHEDULING CONFERENCE***, was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's electronic filing system.

    *s/ John T. Winemiller*