# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| SANMEDICA INTERNATIONAL, LLC, a Utah Limited Liability Company,<br><br>Plaintiff,<br><br>vs.<br><br>LA NUTRITION, INCORPORATED, PRESCOTT VENTURES, LLC, a Florida Limited Liability Company, JEFF PRESCOTT, an individual, NOELLE FEDERICO, an individual, and JOHN DOES 1-10.<br><br>Defendants. | Civil No. 3:17-cv-00965<br><br>JURY TRIAL DEMANDED |

## FOURTH MOTION FOR CONTINUATION OF SCHEDULING CONFERENCE

The plaintiff, SanMedica International, LLC ("SanMedica"), moves the Court to continue the scheduling conference set for February 1st, 2018, by six weeks or more, to a date convenient to the Court. Good cause exists for the requested relief. As previously reported, the parties are in the final stages of settlement negotiations. Although they have reached agreement on most issues, they continue to negotiate one aspect of the settlement documents. Accordingly, the parties require additional time to finalize their deal. Further, as the Court knows, the defendants have neither made appearances, nor answered the complaint, while the parties have pursued settlement. Given the near-resolution of this matter, SanMedica respectfully requests the Court postpone the conference by six weeks or more to preserve time and resources.

WHEREFORE, SanMedica respectfully moves the Court to enter an order continuing the February 1st, 2018 scheduling conference to a date at least six weeks in the future.

Dated: January 31, 2018

        *s/ John T. Winemiller*
        John T. Winemiller (021084)
        R. Bradford Brittian (007130)
        Merchant & Gould, P.C.
        9717 Cogdill Road, Suite 101
        Knoxville, TN 37932
        Telephone: (865) 380-5960
        Fax: (612) 332-9081
        jwinemiller@merchangould.com
        bbrittian@merchantgould.com

        David R. Parkinson (8258)*
        Jason M. Kerr (8222)*
        Alan Dunaway (13514)*
        PRICE PARKINSON & KERR, PLLC
        5742 West Harold Gatty Drive, Suite 101
        Salt Lake City, UT 84116
        Telephone: (801) 530-2900
        Fax: (801) 530-2932
        davidparkinson@ppktrial.com
        jasonkerr@ppktrial.com
        alandunaway@ppktrial.com
        *admitted pro hac vice

        ***Attorneys for SANMEDICA INTERNATIONAL, LLC***

## CERTIFICATE OF SERVICE

I hereby certify January 31, 2018, the foregoing document, ***FOURTH MOTION FOR CONTINUATION OF SCHEDULING CONFERENCE***, was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's electronic filing system.

        *s/ John T. Winemiller*