IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| SANMEDICA INTERNATIONAL, LLC, a Utah Limited Liability Company,<br><br>  Plaintiff,<br><br>vs.<br><br>LA NUTRITION, INCORPORATED, PRESCOTT VENTURES, LLC, a Florida Limited Liability Company, JEFF PRESCOTT, an individual, NOELLE FEDERICO, an individual, and JOHN DOES 1-10.<br><br>  Defendants. | Civil No. 3:17-cv-00965<br><br>JURY TRIAL DEMANDED |

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiff, SanMedica International, LLC, gives notice of the dismissal with prejudice of its complaint in this matter.

Respectfully submitted,

Dated: March 7, 2018

            *s/ John T. Winemiller*
            John T. Winemiller (021084)
            R. Bradford Brittian (007130)
            Merchant & Gould, P.C.
            9717 Cogdill Road, Suite 101
            Knoxville, TN 37932
            Telephone: (865) 380-5960
            Fax: (612) 332-9081
            jwinemiller@merchangould.com
            bbrittian@merchantgould.com

> David R. Parkinson (8258)*
> Jason M. Kerr (8222)*
> Alan Dunaway (13514)*
> PRICE PARKINSON & KERR, PLLC
> 5742 West Harold Gatty Drive, Suite 101
> Salt Lake City, UT 84116
> Telephone: (801) 530-2900
> Fax: (801) 530-2932
> davidparkinson@ppktrial.com
> jasonkerr@ppktrial.com
> alandunaway@ppktrial.com
> *admitted pro hac vice
>
> ***Attorneys for SANMEDICA INTERNATIONAL, LLC***

## CERTIFICATE OF SERVICE

I hereby certify March 7, 2018, the foregoing document, **NOTICE OF VOLUNTARY DISMISSAL**, was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's electronic filing system.

> *s/ John T. Winemiller*